472 A.2d 233

Commonwealth v. Ceasar, Jr., Appellant.
Petition for Allowance of Appeal
Denied June 28, 1984.

Submitted November 7, 1983. Anthony S. Federico, Jr., for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.